Debra WALLER-LEE, Respondent,

v.

Kevin R. LEE, Appellant.

No. ED 102787

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: February 23, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 2016

Kevin R. Lee, Pro Se, P.O. Box 150276, St. Louis, MO 63115, Attorney for Appellant.

William E. Dailey, Jr., 3115 S. Grand Blvd., Suite 350F, St. Louis, MO 63118, Attorney for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

## ORDER

PER CURIAM.

Kevin Lee appeals from the judgment dissolving his marriage, claiming that the trial court lacked personal jurisdiction, that the division of marital property was erroneous and that the court erred in accepting his wife's consent to and waiver of conflict of interest regarding Lee's counsel.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).